CALLAGHAN, Respondent, *v.* DELAWARE, L. & W. R. Co., Appellant.

*(Supreme Court, General Term, Fourth Department.* February 11, 1890.)

Argued before HARDIN, P. J., and MARTIN and MERWIN, JJ.

No opinion. Judgment and order affirmed, with costs. For former report, see 5 N. Y. Supp. 285.

---

CHAPMAN, Respondent, *v.* GLEASON, impleaded with LYNCH, Appellant.

*(Supreme Court, General Term, Fourth Department.* February 11, 1890.)

Argued before HARDIN, P. J., and MARTIN and MERWIN, JJ.

No opinion. Order affirmed, with costs.

---

COBB, Appellant, *v.* ALEXANDER, Respondent.

*(Supreme Court, General Term, Fourth Department.* February 11,1890.)

Argued before HARDIN, P. J., and MARTIN and MERWIN, JJ.

No opinion. Order reversed, and attachment amended so that it shall stand for the debt of $420 only and costs; and the motion in other respects denied, without costs.

---

COLE, Appellant, *v.* ALEXANDER, Respondent.

*(Supreme Court, General Term, Fourth Department.* February 11, 1890.)

Argued before HARDIN, P. J., and MARTIN and MERWIN, JJ.

No opinion. Order reversed, with printing disbursements, and motion denied, with $10 costs.

---

CONE, Appellant, *v.* ALEXANDER, Respondent.

*(Supreme Court, General Term, Fourth Department.* February 11, 1890.)

Argued before HARDIN, P. J., and MARTIN and MERWIN, JJ.

No opinion. Order reversed, with printing disbursements, and motion denied, with $10 costs.

---

HOOSE, Appellant, *v.* ALEXANDER, Respondent.

*(Supreme Court, General Term, Fourth Department.* February 11, 1890.)

Argued before HARDIN, P. J., and MARTIN and MERWIN, JJ.

No opinion. Order reversed, with printing disbursements, and motion denied, with $10 costs.